IN THE SUPREME COURT

| 109P13 | State v. Ronald Jonathan Ward | Def's PDR Under N.C.G.S. § 7A-31 (COA12-295) | Denied |
|---|---|---|---|
| 117P13 | Cindy L. Hoyle and Rex Hoyle, Jr. v. KB Toys Retail, Inc., CBL & Associates Management, Inc. d/b/a Hanes Mall, and Frances Ramos | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-473) | Denied |
| 186P11-2 | State v. Todd Wayne Worsham | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA10-1228) | Denied |
| 191P13-4 | Marion L. Sherrod v. N.C. Department of Correction (N.C. Department of Public Safety) | Plt's *Pro Se* Motion for Leave to File Amended Complaint | Dismissed as Moot |
| 198P13 | State v. Harold Dean Smith, Jr. | 1. State's Motion for Temporary Stay (COAP13-233) <br><br> 2. State's Petition for *Writ of Supersedeas* <br><br> 3. State's Petition for *Writ of Certiorari* to Review the Order of the COA | 1. Allowed **05/03/2013** <br><br> 2. <br><br> 3. |